# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12697

_____

UNITED STATES OF AMERICA,

                   *Plaintiff-Appellee,*

versus

HENRY TROY WADE,

                   *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:22-cr-00084-JA-PRL-1

_____

ORDER:

  Before the Court are several motions filed by Appellant requesting vacatur of his convictions, dismissal of the indictment, continuance of sentencing, and rulings on motions he filed below. Appellant's premature notice of appeal will not become effective—and this Court will not have jurisdiction over this appeal—until the district court imposes sentence and enters the final judgment. *See United States v. Curry*, 760 F.2d 1079, 1079-80 (11th Cir. 1985); Fed.

R. App. P. 4(b)(2). Accordingly, the motions are DISMISSED for lack of jurisdiction.

Appellant's motions to file motions with excess words are DENIED AS MOOT.


			/s/ Embry J. Kidd
			UNITED STATES CIRCUIT JUDGE